**William E. DYSON, III, Petitioner**

v.

**DEPARTMENT OF DEFENSE, Respondent.**

No. 2015–3076.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2016.

Windell W. Thomas, Fabayo & Associates, LLC, Silver Spring, MD, argued for petitioner.

Erin Murdock–Park, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin, Sosun Bae.

LOURIE, DYK, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**